OPINION — AG — **** MUNICIPAL TRUSTS **** A HOSPITAL AUTHORITY, A MUNICIPAL TRUST CREATED PURSUANT TO 60 O.S. 1971 176 [60-176] ET SEQ., CAN OPERATE OUTSIDE THE GEOGRAPHIC BOUNDARIES OF THE BENEFICIARY MUNICIPALITY AND WITHIN THE GEOGRAPHIC BOUNDARIES OF ANOTHER MUNICIPALITY. CITE: 60 O.S. 1971 176 [60-176], OPINION 73-307, 11 O.S. 1971 563 [11-563] (MIKE MARTIN)